IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                              Plaintiff,    )<br>                                               )<br>vs.                                         )<br>                                               )<br>JARED DAVID AGUILAR-CASTRO,  )<br>                              Defendant.  )<br>_____) | Case No. 12-40067-01-RDR |

## O R D E R

**NOW** on this 27th day of June, 2012, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting additional time of two (2) weeks to file motions. The Court has reviewed the motion and is fully advised of the premises.

The Court further finds that the reasons set forth in the motion justify a delay, and that the additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7). See *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

**IT IS THEREFORE ORDERED** that the accused shall have additional time up to and including July 12, 2012, to file motions in the above-entitled action, and the government shall have until July 23, 2012, to file responses. The motions hearing/status conference shall be held on August 2, 2012, at 11:00 a.m.. The period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

                              s/ Richard D. Rogers
                              HONORABLE RICHARD D. ROGERS
                              UNITED STATES DISTRICT JUDGE